UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:16-cr-186 |
| | ) | Chief Judge Crenshaw |
| AMANDA JUDD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On October 12, 2017, the Court held a revocation hearing during which time Defendant admitted to the alleged violations of the terms of her Supervised Release as set forth in the Petition (Doc. No. 5). Based on her admissions, Defendant is hereby adjudicated **GUILTY** of violations 1, 2, and 3. Defendant is **SENTENCED** to a term of thirty (30) days in the Diersen Charties, with said sentence to begin when a bed becomes available. While at the halfway house, Defendant shall be permitted to continue in her present employment, both during the workweek and on weekends, when scheduled.

Defendant may request that she be allowed to associate with, and/or live with, Anthony Collins at his residence in Mt. Juliet, Tennessee at the conclusion of her 30 day term.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE